UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

DANIEL HISER,                          )
                                       )
                    Plaintiff,         )
                                       )
          v.                           )     No. 4:18-cv-00227-RLY-DML
                                       )
BUEHLER, INC.,                         )
                                       )
                    Defendant.         )

## Report and Recommendation for Entry of Judgment

On November 30, 2020, this magistrate judge issued an order (at Dkt. 35) on the plaintiff's motions for an award of damages and costs (Dkt. 26) and for an award of attorney fees (Dkt. 28) following a hearing held via videoconference on November 19, 2020. For the reasons set forth in the order at docket 35, the court determined that the plaintiff should receive a judgment against the defendant (for damages, costs, and attorney fees) in the total amount of $42,276.24. The magistrate judge therefore recommends that a judgment in the form attached hereto be entered in this case.

Any objections to this Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for that failure. Counsel should not anticipate any extension of this deadline or any other related briefing deadlines.

IT IS SO RECOMMENDED.

    Date: 12/2/2020

                                    Debra McVicker Lynch
                                    United States Magistrate Judge
                                    Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DANIEL HISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00227-RLY-DML |
| | ) | |
| BUEHLER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **Judgment**

Final judgment is hereby entered in favor of plaintiff Daniel Hiser and against defendant Buehler, Inc. in the amount of $42,276.24, inclusive of costs and fees.

So ORDERED.

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system