UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DANIEL HISER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-00227-RLY-DML |
| | ) | |
| BUEHLER, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 2, 2020, the Magistrate Judge recommended that the court enter judgment in favor of Plaintiff and against Defendant in the amount of $42,276.24. No objections have been filed. Accordingly, the court **ADOPTS** the Magistrate Judge's recommendation. (Filing No. 36). Pursuant to Federal Rule of Civil Procedure 58, a final judgment reflecting the same shall be entered by separate document.

**SO ORDERED** this 21st day of January 2021.

                                   _____
                                   RICHARD L. YOUNG, JUDGE
                                   United States District Court
                                   Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.